

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | **INFORMATION** |
|---|---|
| v. | No. **1:26-cr-00095** **Judge Sara L. Ellis** |
| JAMES LEBUHN | Judge **Magistrate Judge Maria Valdez** **Random/Cat 4** |

### COUNT ONE

The UNITED STATES ATTORNEY charges:

On or about March 24, 2025, in the Northern District of Illinois, Eastern Division, and elsewhere,

JAMES LEBUHN,

defendant herein, knowingly caused to be delivered by the United States Postal Service according to the directions thereon a communication, that is, a letter, addressed to an individual United States District Court Judge in Amarillo, Texas, for the purpose of making a true threat, and knowing the communication would be viewed as a true threat, and recklessly disregarding a substantial risk that the others would regard the communication as a threat;

In violation of 18 U.S.C. § 876(c).

## COUNT TWO

The UNITED STATES ATTORNEY further alleges:

On or about March 24, 2025, in the Northern District of Illinois, Eastern Division, and elsewhere,

JAMES LEBUHN,

defendant herein, knowingly caused to be delivered by the United States Postal Service according to the directions thereon a communication, that is, a letter, addressed to an individual United States District Court Judge in Fort Pierce, Florida, for the purpose of making a true threat, and knowing the communication would be viewed as a true threat, and recklessly disregarding a substantial risk that the others would regard the communication as a threat;

In violation of 18 U.S.C. § 876(c).

*Cornelius Vandenberg*
Signed by Cornelius Vandenberg, on
behalf of ANDREW S. BOUTROS
United States Attorney