AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   26 CR 95 |
| James LeBuhn | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 3/26/26.

_____
Defendant's signature

_____
Signature of defendant's attorney

Steven J. Dollear
Printed name of defendant's attorney

_____
Judge's signature

Sara L. Ellis   US District Court Judge
Judge's printed name and title